IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HIBAH MUHAMMAD,** | : | |
| *Plaintiff*, | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **POLICE OFFICER JAMES BOLOGNONE,** | : | **No. 13-6440** |
| *Defendant*. | : | |

# O R D E R

**AND NOW**, this 17th day of December, 2014, upon consideration of Plaintiff's Motion *in Limine* to Preclude Evidence or Testimony Regarding Plaintiff's Intoxication (Docket No. 25) and Defendant's response (Docket No. 26), it is hereby **ORDERED** that Plaintiff's Motion (Docket No. 25) is **DENIED**.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE